No. 84–5617. REED *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 84–5619. RUBLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 84–5620. LONG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5621. GALLEGOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 84–5629. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 84–5633. SANDO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 84–5638. LABADIE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 84–5639. FOSTER *v.* CLIFFORD, CLERK OF THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 84–5643. PARKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 84–5645. WOLFF *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. 

No. 84–5646. STANLEY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–5647. MAZAK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 84–5652. HIRSCH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 84–5653. GREENE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–2089. BURDGICK *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Motion of respondent to defer consideration of the petition for writ of certiorari denied. Certiorari denied. 
